**Eric RESH, Plaintiff–Appellant**

v.

**Ron HETZNER, Jess Hetzner, Oreq Corp., Defendants–Appellees.**

No. 2015–1158.

United States Court of Appeals, Federal Circuit.

July 9, 2015.

John Mark Holland, J. Mark Holland & Associates, Irvine, CA, argued for plaintiff-appellant. Also represented by Alton G. Burkhalter, Carmen Maria Miranda, Burkhalter Kessler Goodman & George LLP, Irvine, CA.

Joshua Stowell, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for defendants-appellees. Also represented by John B. Sganga, Jr.

WALLACH, BRYSON, and HUGHES, Circuit Judges.

---

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**